UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SIERRA CLUB, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:19-cv-01284-WSS ) |
| NRG POWER MIDWEST LP, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT GENON POWER MIDWEST LP'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant GenOn Power Midwest LP ("GenOn"), by and through its counsel, moves for judgment on the pleadings in its favor against Plaintiff The Sierra Club ("Plaintiff"). For the reasons stated in the accompanying brief in support, Plaintiff's Complaint fails to state a claim for which relief can be granted. Therefore, GenOn respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice and enter the attached Order granting a judgment in GenOn's favor against Plaintiff.

Dated: January 17, 2020

*/s/ Alana E. Fortna*
Mark D. Shepard, Esq.
Alana E. Fortna, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
(412) 394-5400

*Counsel for Defendant, GenOn Power Midwest LP*